IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**OLUWASEGUN OGUN,**
**REG. #79645-083**                                                                 **PLAINTIFF**

v.                           Case No. 2:17-cv-00079-KGB/JTK

**LLOYD,** *et al.*                                                                 **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 29). No objections have been filed, and the time for filing objections has passed. After careful review of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Therefore, plaintiff Oluwasegun Ogun's complaint (Dkt. No. 1) is dismissed without prejudice. All pending motions are denied as moot.

So ordered this the 1st day of March, 2018.

_____
Kristine G. Baker
United States District Judge