IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

OLUWASEGUN OGUN,
REG. #79645-083                                                                                          PLAINTIFF

v.                              Case No. 2:17-cv-00079-KGB/JTK

LLOYD, *et al.*                                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Oluwasegun Ogun's claims are dismissed without prejudice.

So adjudged this the 1st day of March, 2018.

_____
Kristine G. Baker
United States District Judge